

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00765-CR

John Patrick **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR8896W
Honorable Raymond Angelini, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's sentencing judgment is modified to strike the fine assessed against Appellant Rodriguez. The trial court's judgment is AFFIRMED AS MODIFIED.

SIGNED April 17, 2024.

_____
Patricia O. Alvarez, Justice